UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
UNITED STATES OF AMERICA

CLAVORRIS SIBLEY                                    CA 2:16-cv-01759-RRS-KK

VERSUS
                                                    JUDGE: SUMMERHAYS

DARRYL PAULK
AND THE VERON PARISH SHERIFF,
JOHN S. CRAFT,
IN HIS OFFICIAL CAPACITY                            MAG: KAY
*************************************************************************

**PLAINTIFF'S EXHIBIT LIST**

**NOW INTO COURT**, through undersigned counsel come, Plaintiff, CLAVORRIS SIBLEY, who respectfully submits the following list of exhibits that Plaintiff may introduce:

**Exhibits:**

1. Video of Incident (First camera view)

2. Video of Incident (Second camera view)

3. Vernon Parish Jail Offender Rules and Regulations

4. Vernon Parish Employee Policy & Procedure Manual

5. Lloyd Grafton Excessive Force Report

6. Byrd Hospital Medical Records

7. Byrd Hospital Medical bills

8. Plano Concussion Center medical records

9. Plano Concussion Center medical bills

10. Moss Bluff Chiropractor medical records

11. Moss Bluff Chiropractor medical bills

-2-

12. NW Imaging medical Records

13. NW Imaging medical bills

14. Dr. Weir- medical records

15. Dr. Weir- Medical bills

16. Dr. Wolf medical records

17. Dr. Wolf medical bills

18. Vernon Parish Jail Grievance Sheet filed by Sibley

19. Toni Weiss Lost Wage Report for Sibley

20. Tax Return 2014 for Sibley

21. Tax Return 2015 for Sibley

Respectfully submitted,

/s/ *Mary K. Beaird*
Attorney at Law
La. Bar Roll #34,440
303 E. Texas Street
Leesville, LA 71446
T (337) 944- 0299
F (337) 415- 0081
Mkb@marykbeaird.com

/s/ *Joseph J. Long*
Attorney at Law
La. Bar Roll #
251 Florida Blvd.
Suite 301
Baton Rouge, LA 70802
T (225) 343- 7288
Josephjlong@juno.com

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing joint status report was filed electronically with the Clerk of Court using the CM/ECF system and has been served upon counsel for all parties to this proceeding via electronic filing notification, facsimile, and/or first class United States mail, properly addressed, postage prepaid, at the last known address.

Signed at Leesville, Louisiana, on this 20th day of May, 2019.

/s/ *Mary K. Beaird*
(Signature of counsel)
