# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

**CLAVORRIS SIBLEY**                                **CASE NO. 2:16-CV-01759**

**VERSUS**                                          **JUDGE SUMMERHAYS**

**JOHN S CRAFT ET AL**                              **MAGISTRATE JUDGE KAY**

## MINUTES OF COURT:
## SETTLEMENT CONFERENCE

| | | | |
|---|---|---|---|
| Date: | June 04, 2019 | Presiding: | Magistrate Judge Kathleen Kay |
| Court Opened: | 4:46 PM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 4:49 PM | Court Reporter: | LCR |
| Statistical Time: | 3 Minutes | Courtroom: | Courtroom 3 |

## APPEARANCES

| | | |
|---|---|---|
| Mary Katherine Beaird  (Retained) | For | Clavorris Sibley, Plaintiff |
| John S Craft, Defendant  (Retained) | For | Clavorris Sibley, Plaintiff (Present in Courtroom) |
| James Bryan Mullaly  (Retained) | For | John S Craft, Defendant |
| | For | Darrell Paulk Jr, Defendant |

## PROCEEDINGS

A Settlement Conference was held in this matter, an agreement was reached.

The settlement was dictated on the record.