UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**CLAVORRIS SIBLEY**                    **CASE NO. 2:16-CV-01759**

**VERSUS**                                      **JUDGE SUMMERHAYS**

**JOHN S CRAFT ET AL**                **MAGISTRATE JUDGE KAY**

### ORDER OF DISMISSAL

The Court having received notice that the parties to this action have agreed to settle their claims,

IT IS HEREBY ORDERED that this action shall be and is DISMISSED WITHOUT PREJUDICE. No later than sixty (60) days of the date hereof, the parties shall file one of the following: (a) a motion for entry of judgment on all claims; (b) a motion to reopen this matter and reinstate all claims for failure to finalize the settlement agreement; or (c) a motion to enforce the settlement agreement. The Court shall retain jurisdiction over this matter until such time as compliance with this Order has been fulfilled. If the parties do not file one of the above motions within sixty (60) days, the Order of Dismissal shall become a Final Judgment of Dismissal with prejudice, each party to bear their own costs.

THUS DONE in Chambers on this 10th day of June, 2019.

Robert R. Summerhays
United States District Judge